11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Jacob Marshall
Stanley

Appellant

Vs.                   No.
11-02-00005-CR B
Appeal from Comanche County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to dismiss his appeal.  In his motion, appellant states that he
wishes to dismiss his appeal.  The
motion is signed by both appellant and his attorney.

The
motion is granted, and the appeal is dismissed.  TEX.R.APP.P. 42.2.

 

PER CURIAM

 

January 31, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.